IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**EVERY RICHARDSON**                                                                             **PLAINTIFF**
**ADC #139311**

v.                  **CASE NO. 5:16-CV-00245 BSM**

**WENDY KELLEY, et al.**                                                       **DEFENDANTS**

## ORDER

The recommendation submitted by United States Magistrate Judge Patricia S. Harris [Doc. No. 16] and plaintiff Every Richardson's objections [Doc. No. 21] have been reviewed. After reviewing the record, the recommendation is adopted. Accordingly, Richardson's motion for a temporary restraining order and preliminary injunction [Doc. No. 13] is denied.

IT IS SO ORDERED this 4th day of October 2016.

_____
UNITED STATES DISTRICT JUDGE