**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**EVERY RICHARDSON**   **PLAINTIFF**

v.   **CASE NO. 5:16-CV-00245 BSM**

**WENDY KELLEY, et al.**   **DEFENDANTS**

## ORDER

The partial recommended disposition ("PRD") submitted by United States Magistrate Judge Patricia Harris [Doc. No. 49] has been reviewed. No objections have been filed. After reviewing the record, the PRD is adopted.

Accordingly, defendants' motion to dismiss [Doc. No. 5] is granted in part and denied in part. The motion is granted with respect to a claim for money damages against defendants Wendy Kelley and Rory Griffin in their official capacities but denied in all other respects.

IT IS SO ORDERED this 2nd day of February 2017.

_____
UNITED STATES DISTRICT JUDGE