**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**EVERY RICHARDSON**                                                           **PLAINTIFF**
**ADC #139311**

**v.**                  **CASE NO. 5:16-CV-00245 BSM**

**WENDY KELLEY, RORY GRIFFIN,**
**JASON KELLEY, and ESTELLA BLAND**                      **DEFENDANTS**

## ORDER

The proposed findings and partial recommendation [Doc. No. 84] submitted by United States Magistrate Judge Patricia S. Harris has been received. Plaintiff Every Richardson has not submitted objections. After carefully reviewing the record, the proposed findings and recommended disposition is adopted in its entirety. Accordingly, Wendy Kelley's and Rory Griffin's motion for summary judgment [Doc. No. 55] is granted, and Richardson's claims against them are dismissed without prejudice for failure to exhaust.

IT IS SO ORDERED this 25th day of August 2017.

                                                                   _____
                                                                   UNITED STATES DISTRICT JUDGE