# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

EVERY RICHARDSON                                                  PLAINTIFF

v.                          CASE NO. 5:16-CV-00245 BSM

JASON KELLEY and ESTELLA BLAND                          DEFENDANTS

## ORDER

The proposed findings and recommendation submitted by United States Magistrate Judge Patricia S. Harris [Doc. No. 96] and plaintiff Every Richardson's objections [Doc. No. 97] have been reviewed. After *de novo* review of the record, the proposed findings and recommendation are adopted in their entirety. Accordingly, Richardson's complaint is dismissed with prejudice, his motion for summary judgment [Doc. No. 81] is denied, defendants' motion for summary judgment [Doc. No. 87] is granted, and the case is dismissed with prejudice. It is certified that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 14th day of February 2017.

_____
UNITED STATES DISTRICT JUDGE